## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| LORRAINE L. DAVIS, EXECUTRIX OF THE ESTATE OF: JOHN J. HUDSON, DECEASED | : | No. 210 MAL 2016 |
| | : | |
| | : | Petition for Allowance of Appeal from the **Unpublished Judgment Order and Order** of the Superior Court at No. 507 MDA 2015 entered on February 23, 2016, **affirming** the Order Entered of the Lancaster County Court of Common Pleas at No. CI-14-06658 entered on February 25, 2015 |
| v. | : | |
| HCR MANORCARE, LLC; MANOR CARE OF LANCASTER PA, LLC D/B/A MANORCARE HEALTH SERVICES - LANCASTER; MANORCARE HEALTH SERVICES, INC. A/K/A MANORCARE HEALTH SERVICES, LLC; MANOR CARE, INC.; HCR MANORCARE, INC.; HCR IV HEALTHCARE, LLC.; HCR III HEALTHCARE, LLC; HCR II HEALTHCARE, LLC; HCR HEALTHCARE, LLC; HCRMC OPERATIONS, LLC; HEARTLAND EMPLOYMENT SERVICES, LLC; THE LANCASTER GENERAL HOSPITAL AND LANCASTER GENERAL HEALTH | : | |
| | : | |
| | : | |
| PETITION OF: HCR MANORCARE, LLC; MANOR CARE OF LANCASTER PA, LLC D/B/A MANORCARE HEALTH SERVICES - LANCASTER; MANORCARE HEALTH SERVICES, INC. A/K/A MANORCARE HEALTH SERVICES, LLC; MANOR CARE, INC.; HCR MANORCARE, INC.; HCR IV HEALTHCARE, LLC.; HCR III HEALTHCARE, LLC; HCR II HEALTHCARE, LLC; HCR HEALTHCARE, LLC; HCRMC OPERATIONS, LLC; HEARTLAND EMPLOYMENT SERVICES, LLC | : | |

## <u>ORDER</u>

**PER CURIAM**                                                    DECIDED: November 15, 2016

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and this matter is **REMANDED** to the Superior Court for further proceedings in light of Taylor v. Extendicare Health Facilities, Inc., et al., ___ A.3d ___, 2016 WL 5630669 (Pa. filed Sept. 28, 2016).